BENJAMIN WRIGHT, as Receiver, etc., Respondent, *v.* MARY A. NOSTRAND, Impleaded, etc., Appellant.

(Argued February 3, 1885; decided March 3, 1885.)

*Edward P. Wilder* for appellant.

*Henry D. Betts* for respondent.

*Per curiam* mem. for affirmance of order.
All concur.
Order affirmed.

---

ANGELINE M. SNOOK, Administratrix, etc., Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Argued February 4, 1885; decided March 3, 1885.)

*Edwin Young* for appellant.

*Samuel Hand* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

FRANK WILSON, as Surviving Executor, etc., Respondent, *v.* HENRY R. REYNOLDS et al., Appellants.

(Argued February 6, 1885; decided March 3, 1885.)
W. H. Sawyer for appellants.

*Leslie W. Russell* for respondent.

Agree to affirm on decisions in *Pinney* v. *Orth* (88 N. Y. 447), *Holcomb* v. *Holcomb* (95 id. 325), and *Lewis* v. *Merritt* (*ante*, p. 206).
All concur.
Judgment affirmed.